**Opinion issued February 4, 2016**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-16-00024-CR

———————————

## IN RE GERALD A. GOODSON, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Gerald A. Goodson has filed a petition for writ of habeas corpus, alleging he is being illegally restrained by the Sheriff of Polk County, Texas.[1]

We deny the petition.

### PER CURIAM

---

[1] The underlying case is *State v. Goodson*, cause number 24,060, pending in the 411th District Court of Polk County, Texas, the Hon. Kaycee Jones presiding.

Panel consists of Justices Jennings, Massengale, and Huddle.
Do not publish.  TEX. R. APP. P. 47.2(b).